# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

DIANA FOWLER,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

MICHAEL J. ASTRUE,　　　　　　　　　Case Number: 07-1270-JTM
Commissioner of Social Security,

Defendant.

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed March 18, 2009, that the plaintiff's appeal is denied.

TIMOTHY M. O'BRIEN, Clerk of Court

<u>March 18, 2009</u>
Date

By   <u>s/S. Smith</u>
    Deputy Clerk